AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

Filed 3/2/12

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| ROBERTO JUAN IRIZARRY-COLON | CASE NUMBER: 6:12-mj- 1102 |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about September 11, 2011, in Seminole County, in the Middle District of Florida, defendant did knowingly transport child pornography using a means or facility of interstate commerce, in violation of 18 U.S.C. § 2252A(a)(1).  On or about February 22, 2012, defendant did knowingly receive, possess and access with intent to view materials containing child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2), 2252A(a)(5)(B).  I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

_____
Signature of Complainant
Rodney Hyre

Sworn to before me and subscribed in my presence,

March 2, 2012                                     at     Orlando, Florida

United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

STATE OF FLORIDA                                       CASE NO. 6:12-mj- 1102

COUNTY OF ORANGE

### AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Rod Hyre, being duly sworn, do hereby depose and state as follows:

1. For the past ten years, I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI). I currently serve as the coordinator for the FBI Crimes Against Children/Innocent Images Unit in Orlando, Florida.

2. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography and computer crimes. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251(a), 2252 and 2252A. I have also participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers and cellular phones are used as the means for receiving, transmitting, accessing, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software and electronically stored information.

3. This affidavit is submitted in support of an application for the issuance of an arrest warrant for ROBERTO JUAN IRIZARRY-COLON (IRIZARRY-COLON). As set forth in more detail below, I believe there is probable cause that IRIZARRY-COLON knowingly transported child pornography using any means or facility of

interstate of foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(1). In addition, I have probable cause that IRIZARRY-COLON knowingly received, possessed and accessed with intent to view material containing images of child pornography in and affecting interstate and foreign and using a means or facility of interstate commerce, in violation of 18 U.S.C. §§ 2252A(a)(2), 2252A(a)(5)(B).

4. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and the review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of seeking an arrest warrant, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

5. Title 18, United States Code, Section 2252A, prohibits a person from knowingly transporting, receiving, possessing or accessing with intent to view any child pornography or any material that contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate commerce, or in or affecting interstate commerce by any means, including by computer.

## DEFINITIONS

6. The following definitions apply to this Affidavit:

2

a. "Child Pornography," as used herein, includes the definition in 18 U.S.C. § 2256(8), which defines child pornography as any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involves the use of a minor (any person under the age of eighteen years old) engaging in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct, as well as any visual depiction, the production of which involves the use of a minor engaging in sexually explicit conduct. See 18 U.S.C. §§ 2252 and 2256.

b. "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any persons. See 18 U.S.C. § 2256(2).

## CLOUD HOSTING

7. I have consulted with Special Agent Alexis Brignoni of the FBI, who is a member of the Innocent Images Task Force and has received training in the investigation of child sexual exploitation crimes. He holds a bachelors of science degree in computer science, a masters of business administration degree in

3

information systems, and over 100 hours of computer forensic training. He is certified in CompTia A+, Network+, Security+ and Forensic Tool Kit. In my consultations with Agent Brignoni, I learned that a frequently employed method to share data over the internet is "cloud hosting," in which storage space is located on servers that a user accesses remotely from a personal computer or other personal online device. To place files remotely into a cloud account, the files are commonly uploaded from a physical drive or other media that a user controls locally. A less commonly used method is to use a web browser to access files from certain sites that may allow a user to directly copy images into a cloud folder without first downloading locally and then uploading into a cloud folder. Although this latter method would not require that the image be stored locally prior to copying into the cloud folder, this method would leave traces of the activity on the local computer, such as history, URL addresses, and saved or recoverable temporary files.

### DETAILS OF THE INVESTIGATION

8. On December 19, 2011, Microsoft Corporation reported to the National Center for Missing and Exploited Children (NCMEC) that a person using an IP address of 108.64.164.111 stored what employees of Microsoft Corporation (Microsoft) believed to be child pornography on their SkyDrive cloud system. In the report to NCMEC, Microsoft reported that the person with the suspect SkyDrive account registered the user name "venas cortantes" and an email address of venascortantes1690@hotmail.com. The report included the files names and

seventy-six (76) images of suspected child pornography that the user had uploaded to the SkyDrive account belonging to "venas cortantes" on September 11, 2011, from 04:38:18 UTC to 04:48:21 UTC.

9.   I viewed the images and based on my training and experience, many of the images constitute child pornography as defined by 18 U.S.C. § 2256(8). The images depict the same female child who appears to be about 12 years old, unclothed and posing in a lewd manner. The following is a description of five of the image files that were in the SkyDrive folder that were uploaded from IP address 108.64.164.111.

a.   Kidz-Index-m001-062.jpg - this image is of a young girl about 12 years old with bond hair in pig-tails with pink bows. She is naked, lying on a green couch with her arms behind her head and facing the camera. Her knees are spread apart, exposing her vagina.

b.   Kidz-Index-m001-072.jpg - this image is of a young girl about 12 years old with blond hair in pig-tails with pink bows. She is naked sitting on a green couch with her arms at her side and legs spread open exposing her vagina. She is facing the camera.

c.   Kidz-Index-m001-036.jpg - this image is of a young girl about 12 years old with blond hair in pig-tails with pink bows. She is naked, kneeling on a bed and facing the camera. Her hands on her hips and her knees are spread wide exposing her vagina.

5

      d.    Kidz-Index-m001-036.jpg - this image is of a young girl about 12 years old with blond hair in pig-tails with pink bows. She is naked sitting on a bed and facing the camera. Her knees are bent upwards and her legs are spread wide apart exposing her vagina. Her elbows are resting on her knees and the child is resting her head on her hands.

      e.    Kidz-Index-m001-119.jpg - this image is of a young girl about 12 years old with blond hair in pig-tails with pink bows. The child is naked lying on a bed and facing the camera. Her legs are spread wide open exposing her vagina and her right hand is covering her mouth and she appears to be blowing a kiss.

    10.    Law enforcement officers determined that IP address 108.64.164.111 is registered to AT&T Internet Services. On December 22, 2011, a law enforcement officer served a subpoena to AT&T Internet Services requesting subscriber information for the IP address 108.64.164.111 covering the time period, September 11, 2011 from 04:38:18 UTC to 04:48:21 UTC.

    11.    On January 10, 2012 AT&T responded to the subpoena indicating that IP address 108.64.164.111 had been assigned to Carmen Irizarry of 1420 Circle Lane, Chuluota, Florida 32766 during the date and time of the uploads of child pornography to the Skydrive account. AT&T Internet services indicated that service had been provided from August 23, 2010 through the date of the subpoena, January 10, 2012. AT&T Internet services also indicated that the an email address associated with the account is bobby_carmen@yahoo.com.

12. A check of the Seminole County Property Appraiser showed the home at 1420 Circle Lane, Chuluota, Florida 32766 is owned by Carmen and Roberto Irizarry. A check of Driver and Vehicle Information Database (D.A.V.I.D.) revealed both Carmen Irizarry and Roberto Irizarry list 1420 Circle Lane, Chuluota, Florida 32766 as their home address. D.A.V.I.D. also revealed that IRIZARRY-COLON, age 28, resides at the listed address.

13. An internet search of the user name "venascortantes1690" led to a YouTube channel created by the user name "venascortantes1690" and entitled "God Things Come In Small Packages." The channel is open to the public and users posted videos depicting young girls. I have reviewed the videos posted on this channel and the young girls appear to be between the ages of approximately four to twelve years old and are dancing in attire such as underwear and swimsuits. Venascortantes1690 also created a YouTube playlist called "Niñas Bailando" (Girls Dancing). Venascortantes1690 also created a page on xHamster.com. The username profile on this account described himself as a 28 year old athletic Latino male named Bobby Cortantes living in the Orlando/Oviedo area and working at a landscaping job.

14. On February 22, 2012, I assisted in the execution of a State search warrant at 1420 Circle Lane, Chuluota, Florida 32766. During the execution of the warrant, law enforcement officers seized numerous computer storage devices, including a RocketFish thumb drive and an HP laptop from IRIZARRY-COLON'S

7

bedroom and a Dell desk top computer located in IRIZARRY-COLON'S father's office.

15. During the execution of the search warrant, Debra Healy, a certified computer forensic examiner with the Innocent Images Task Force and the Seminole County Sheriff's Office and with experience and training in locating and identifying child pornography, conducted a preview of the Dell desktop computer and thumb drive. She located 40 graphic files depicting images of child pornography on the Dell computer tower, and 10 child pornography videos on the RocketFish thumb drive. The 40 images files were in a folder which indicated that the images had been received as an attachment in a zip file and then opened and viewed. IRIZARRY-COLON told me that he was responsible for all the child pornography found on the Dell computer tower and on the RocketFish thumb drive.

16. I have reviewed the images and videos which were found on IRIZARRY-COLON's seized computer media, and based on my training and experience, all 40 images and 10 videos are child pornography as defined in 18 U.S.C. § 2256. The following provides information regarding three of the videos and three of the images:

    a. Video 1: 0001-0000.mpeg - A 16 minute video showing a female who is approximately 7 years old. The child is shown urinating in the bathroom toilet after undressing. A naked adult male wearing a black ski mask performs oral sex on the child. The adult male penetrates the child's mouth with his

8

penis. The adult male penetrates the child's vagina and anus with his penis. The adult is shown ejaculating into the child's mouth.

  b. Video 2: 0004-0000.wmv - A 91 second video showing a female who is approximately 8 years old. The child is shown being anally raped by an adult male.

  c. Video 3: 0007-0000.avi - A 3:12 minute video showing a female who is approximately 4 years old. The child is shown manually stimulating the adult male's erect penis. The child is shown naked from the waist down. The camera zooms in on the child's vagina and anus.

  d. Image 1: 5yearsold.bmp – Image shows an approximately 5 year old female with her buttocks raised in the air, her vagina is clearly visible. The child's vagina is the focal point of the image.

  e. Image 2: 6yo.bmp - Image shows an approximately 6 year old female lying on her back on a bed. The child's legs are spread and her vagina is clearly visible. The child's vagina is the focal point of the image.

  f. Image 3: brenda.bmp – Image shows an approximately 4 year old female lying on her back with her legs spread. The child is holding her vagina open with her fingers. The child's vagina is the focal point of the image.

  17. On February 22, 2012, during the execution of the search warrant at IRIZARRY-COLON's home, I, along with other law enforcement agents, conducted a voluntary noncustodial interview with IRIZARRY-COLON. Initially, IRIZARRY-

COLON stated that he looked at child pornography because he was bored seeing the same thing and stated there was no sexual reason behind it. IRIZARRY-COLON then admitted viewing child pornography approximately every three days and masturbating to it. He stated that he also deleted his videos after watching them. He stated he first became interested in child pornography when he was approximately 18 years old. IRIZARRY-COLON stated he liked adult and child pornography. He said that his preference was girls between the ages of eight and twelve years old. IRIZARRY-COLON also stated that his age preference has become younger through time and he prefers videos of child pornography over photos.

18. IRIZARRY-COLON admitted that he uploads his child pornography to the internet for storage. He admitted that he used Mediafire, a cloud hosting site, to store and exchange child pornography with other unknown users. He also admitted to receiving and sending links to the images via email. IRIZARRY-COLON stated previously he used LimeWire to exchange images of child pornography. IRIZARRY-COLON admitted that he created and used the accounts using the username venascortantes1690.

19. IRIZARRY-COLON stated that he has never touched any children, but admitted that he masturbated to fantasies of children he has seen in public and to fantasies of a four year old girl whom his mother sometimes cared for at their home.

20. Although the forensic examination of the computer storage devices is

still underway, computer forensic examiner Debra Healy has advised me that she has located a total of 149 videos depicting child pornography on the RocketFish thumbdrive. Investigator Healy determined that the thumbdrive was plugged into the HP laptop located in IRIZARRY-COLON's bedroom and that the video entitled Ramone47_77 was viewed on the laptop at 12:08 a.m. on February 20, 2012. Investigator Healy determined that the computer's BIOS was accurate. Investigator Healy determined, based on her training and experience, that the video entitled Ramone47_77 depicts child pornography. The video is approximately five minutes long and depicts the sexual abuse of girls approximately 10 years old and younger. All of the videos on the thumbdrive were deleted.

21. Based on the above information, there is probable cause to believe that ROBERTO JUAN IRIZARRY-COLON knowingly transported child pornography using any means or facility of interstate of foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(1). In addition, I have probable cause that IRIZARRY-COLON knowingly received, possessed and accessed with intent to view material containing images of child pornography in and affecting interstate and foreign and using a means or facility of interstate commerce, in violation of 18 U.S.C. §§ 2252A(a)(2), 2252A(a)(5)(B).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Rod Hyre
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this ___2d___ day of __March__, 2012

_____
Karla R. Spaulding
United States Magistrate Judge